# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Gregory Downs, IV

                  V.                         **JUDGMENT IN A CIVIL CASE**

Domingo Uribe, Jr., Warden

                                              CASE NUMBER:    12cv0233 AJB (BGS)

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

      The Court grants Petitioner's request to proceed in forma pauperis and dismisses the petition without prejudice for failure to state cognizable claim for relief. Petitioner's motion to stay the proceedings is denied as moot.

| April 9, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ C. Ecija
(By) Deputy Clerk

ENTERED ON April 9, 2012